FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0203

JOEY ZAHARA,

      Plaintiff/Appellant,

  v.

ADVANCED NEUROLOGY SPECIALISTS,

      Defendant/Appellee.

---

**ORDER GRANTING AMERICAN MEDICAL ASSOCIATION AND MONTANA MEDICAL ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO APPEAR AMICI CURIAE**

---

On Appeal from the Eighth Judicial District of the State of Montana, in and for Cascade County, Cause No. CDV-14-093; The Honorable John Kutzman

---

Pursuant to the unopposed motion by the American Medical Association ("AMA") and Montana Medical Association ("MMA") for leave to appear as *amici curiae* in this matter, and good cause appearing,

IT IS HEREBY ORDERED that AMA and MMA's motion is GRANTED. AMA and MMA shall file its *amici curiae* brief on or before the deadline for Defendant-Appellee's response brief, and shall conform to all schedules adopted by this Court.

Electronically signed and dated below.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024